# UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov
## CHAPTER 13 PLAN (Individual Adjustment of Debts)
2nd amended plan

DEBTOR: Lazaro Ortega          JOINT DEBTOR:                          CASE NO.: 14-22218-AJC
Last Four Digits of SS# xxxx8262     Last Four Digits of SS# _____

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of 36 months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

    A.    $ 304.49 for months 1 to 36; in order to pay the following creditors:

Administrative:    Attorney's Fee - $ 3,650    TOTAL PAID $ 1500
    Balance Due    $ 2,150 payable $ 215.00 /month (Months 1 to 10)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. None                            Arrearage on Petition Date  $
Address:                           Arrears Payment       $_____/month (Months ___ to ___)
                                   Regular Payment       $_____/month (Months ___ to ___)
Account No:

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| None | $ | % | $ | ___ To ___ | |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. Internal Revenue Service     Total Due  $ 2,025.73
                                Payable    $ 56.27 /month (Months 1 to 36)

Unsecured Creditors: Pay $ 2.77/month (Months 1 to 10) and Pay $ 217.77/month (Months 11 to 36).
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: Debtor is current with secured creditor Gulfstream Motor Creditor and will continue to pay said creditor directly outside the chapter 13 plan. Debtor abandons and surrenders the property that is located at 8250 NW 5 Terrace, Miami, FL 33126, which has a secured lien with creditor Real Time Resolutions and The Bank of New York Mellon. The debtor(s) is hereby advised that the chapter 13 trustee has requested that the debtor(s) comply with 521(f) 1-4 on an annual basis during the pendency of this case. The debtor(s) hereby acknowledges that the deadline for providing the Trustee with their filed tax returns is modified to be on or before May 15 each year the case is pending and that the debtor shall provide the Trustee with verification of their disposable income if their gross household income increases by more than 3% over the previous year's income.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

    /s/ Robert Sanchez, Esq.
Attorney for Debtor                              Joint Debtor
Date: 09/5/2014                                  Date:

LF-31 (rev. 01/08/10)